**ACKERMANN & TILAJEF, P.C.**
Craig J. Ackermann CA State Bar No. 229832
cja@ackermanntilajef.com
1180 South Beverly Drive, Suite 610
Los Angeles, California 90035
Telephone: (310) 277-0614
Facsimile: (310) 277-0635

Attorneys for Plaintiff Michael Grotte and the Putative Class

*(Additional Counsel on Next Page)*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Michael Grotte, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Normal Life of California, Inc., a California Corporation; Rescare Behavior Services, Inc., a Delaware Corporation; RSCR California Inc., a Delaware Corporation, licensed to do business in California; RSCR Inland, Inc., a California Corporation; Res-Care California, Inc. d/b/a RCCA Services, a Delaware Corporation licensed to do business in California as RCCA Services; Rescare, Inc., a Delaware Corporation, and DOES 1 to 100, inclusive.<br><br>Defendants. | Case No. CV 18-9814-GW-KSx<br><br>**ORDER REMANDING CASE**<br><br>Judge: Hon. George H. Wu |

**WINSTON LAW GROUP P.C.**
David S. Winston, Esq. CA Bar No. 301667
david@employmentlitigators.com
1180 South Beverly Drive, Suite 610
Los Angeles, California 90035
Telephone: (424) 288-4568
Facsimile: (424) 532-4062

**MELMED LAW GROUP P.C.**
Jonathan Melmed, CA Bar No. 290218
jm@melmedlaw.com
1180 South Beverly Drive, Suite 610
Los Angeles, California 90035
Telephone: (310) 824-3828
Facsimile: (310) 862-6851

Attorneys for Plaintiff Michael Grotte and the Putative Class

**HAWKINS PARNELL & YOUNG LLP**
Phil J. Montoya, Jr., CA Bar No. 124085
pmontonya@hpylaw.com
445 South Figueroa Street, Suite 3200
Los Angeles, California 90071
Telephone: (213) 486-8000
Facsimile: (213) 486-8080

Attorneys for Defendants

## ORDER

Pursuant to the parties' stipulation, and good cause shown, the Court hereby concludes that it lacks subject matter jurisdiction under the Class Action Fairness Act because the home-state controversy exception set forth in 28 U.S.C. § 1332(d)(4)(B) applies. Accordingly, the Court vacates the pending motion for preliminary approval of the parties' class action and/or PAGA representative action settlement, currently set for November 14, 2019, and hereby remands this matter to the San Luis Obispo Superior Court from which this case was removed for all further proceedings.

**IT IS SO ORDERED.**

DATED: October 23, 2019

_____
Hon. George H. Wu
United States District Judge